IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANDREW A. HERZOG, | ) | 8:07CV498 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LEANNE WICHE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Defendants' Motion for Modification of Progression Order.  (Filing No. 159.)  For good cause shown, the Motion is granted.

IT IS THEREFORE ORDERED that:

1.     Defendants' Motion for Modification of Progression Order (filing no. 159) is granted.

2.     The Final Pretrial Conference, scheduled for October 29, 2009 at 9:00 a.m., is cancelled.  All other deadlines relating to the preparation of the Order on Final Pretrial Conference are also cancelled.  These dates will be rescheduled if necessary after the court resolves the pending Motions for Summary Judgment.

September 30, 2009.                    BY THE COURT:

                                       *Richard G. Kopf*
                                       United States District Judge