IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANDREW A. HERZOG, | ) | 8:07CV498 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LEANNE WICHE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on Plaintiff's Motion for Reconsideration. (Filing No. 184.) In his Motion, Plaintiff seeks reconsideration of the court's November 23, 2009, Memorandum and Order and Judgment which dismissed Plaintiff's claims with prejudice. (Filing Nos. 172 and 173.) The court has carefully reviewed Plaintiff's Motion and finds no good cause for reconsideration of any portion of its November 23, 2009, Memorandum and Order or Judgment.

    IT IS THEREFORE ORDERED that Plaintiff's Motion for Reconsideration (filing no. 184) is denied.

    DATED this 22nd day of March, 2012.

BY THE COURT:

*Richard G. Kopf*
United States District Judge